# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ROCK PLACE II, INC., | 8:20-cv-304 |
| Plaintiff, | |
| v. | ORDER TO STAY CASE AND TO CANCEL TRIAL |
| WOODSONIA-204 CENTER, LLC, JEFF ELLIOTT, ANDREW A. SNYDER, TANYA MAINELLI, CARSON STRATMAN, SANDI HOLLINGSWORTH, SID NO. 596, JANE AND JOHN DOES, | |
| Defendants. | |

The parties have stipulated that this action should be stayed; the trial set to start on July 11, 2023, should be cancelled; and all discovery and related discovery and progression deadlines should be suspended, based on certain terms and for the reasons set forth in the filed Stipulation. This Court finds that the parties' Stipulation and joint request should be approved and granted.

IT IS THEREFORE ORDERED that this action is stayed pursuant to the requirements outlined below, and the trial set to start on July 11, 2023, is cancelled.

IT IS FURTHER ORDERED that the parties in this action are required to provide a status report to this Court regarding the status of the state court appeals cases on or within one week before the following dates: May 23, 2023; August 23, 2023; November 22, 2023; and February 23, 2024. Failure of the parties to provide said status report to the Court by the deadlines listed shall be cause to dismiss this case without further notice. This stay shall expire on February 23, 2024 unless there is further order from this Court.

Dated this 23rd day of February, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge