# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ROCK PLACE II, INC., | |
| Plaintiff, | 8:20CV304 |
| vs. | |
| SANITARY AND IMPROVEMENT DISTRICT NO. 596, | ORDER |
| Defendant. | |

Pursuant to the Court's ruling as stated on the record during the October 8, 2024, telephone conference, Plaintiff's Objections (Filing No. 193) to Defendant's Amended Rule 30(b)(6) Deposition Notice (Filing No. 192) are overruled. The parties' pre-hearing arguments and attachments supporting the Court's ruling are attached to this Order.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge